IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CANO,

    Plaintiff,

  v.

GEORGIA-PACIFIC CORRUGATED,
LLC, and DOES 1–50, inclusive,

    Defendants.
                               /

No. C 10-01385 WHA

**ORDER TO SHOW CAUSE
AT HEARING ON MOTION**

        Defendant Georgia-Pacific Corrugated filed a motion to enforce an alleged settlement agreement that is set for hearing on January 6, 2011. The deadline for plaintiff Carlos Cano to file an opposition to this motion was December 16, 2010, but no opposition was filed. In lieu of an opposition, Mr. Cano's counsel of record, Eugene T. Franklin, filed a document on December 9 entitled "Application for Suspension of the Proceeding on Defendant's Motion to Enforce Settlement Agreement" and a supporting declaration. This submission represented that Mr. Cano opposed Georgia-Pacific's motion, but that the attorney-client relationship between Mr. Cano and Mr. Franklin had deteriorated completely such that Mr. Franklin was unable to provide effective legal representation.

        Both plaintiff (Mr. Cano) and his counsel of record (Mr. Franklin) are directed to appear at the hearing on this motion set for **8:00 A.M. ON JANUARY 6, 2011**. At the hearing, Mr. Cano and Mr. Franklin shall show cause as to why the settlement agreement should not be enforced in

light of the offer and acceptance alleged in Georgia-Pacific's motion. Mr. Franklin is reminded that as counsel of record he owes continuing obligations to his client and is expected to procure Mr. Cano's presence at the January 6 hearing.

**IT IS SO ORDERED.**

Dated: December 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE