IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CANO, | No. C 10-01385 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING SUPPLEMENTAL SUBMISSION** |
| GEORGIA-PACIFIC CORRUGATED, LLC, and DOES 1–50, inclusive | |
| Defendants. | |

In its motion to enforce a purported settlement agreement, Georgia-Pacific Corrugated, LLC asserts that Carlos Cano signed a Memorandum of Offer in Settlement of Lawsuit, in which he offered to settle the action in exchange for a specified settlement amount. Georgia-Pacific, however, has not filed a copy of this offer memorandum in the record or specified the terms it seeks to enforce. In support of its motion, Georgia-Pacific is directed to file a copy of this offer memorandum, attached to a sworn declaration authenticating it, by **NOON ON JANUARY 5, 2011**.

**IT IS SO ORDERED.**

Dated: January 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE