IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CANO, | No. C 10-01385 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| GEORGIA-PACIFIC CORRUGATED, LLC, and DOES 1–50, inclusive, | |
| Defendants. | |

On January 6, 2011, an order was issued granting defendant's motion to enforce the parties' settlement agreement. The order set a January 20 deadline for payment of the settlement amount and stated that upon defendant's certification under oath of payment, this action would be dismissed. On January 21, defendant filed a sworn declaration stating that payment was made and accepted the previous day. A redacted copy of a signed document acknowledging receipt of the payment was attached to the declaration. Accordingly, the action is hereby **DISMISSED**. The hearing on plaintiff's counsel's motion to withdraw set for January 27 is **VACATED**.

**THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE